DANIEL H. REISS (SBN 150573)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dhr@lnbyb.com

Counsel for Secured Creditors Cape One Financial Master Fund Ltd.,
Vineyard Group, LLC, Vineyard Point Associates, LLC and
Peter J. Dacey

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>KRANEM CORP.,<br><br>      Debtor. | Case No. 13-56118 SLJ<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION TO TERMINATE DEBTOR'S PLAN EXCLUSIVITY PERIOD**<br><br>[MEMORANDUM OF POINTS AND AUTHORITIES AND APPENDIX OF AUTHORITIES CONCURRENTLY FILED HEREWITH]<br><br>Date:  June 12, 2014<br>Time:  1:30 p.m.<br>Place:  280 S. First Street<br>     San Jose, CA 95113<br>Courtroom: 3099<br>Judge:  Hon. Stephen L. Johnson |

///

///

///

NOTICE IS HEREBY GIVEN THAT Cape One Financial Master Fund Ltd., Vineyard Group, LLC, Vineyard Point Associates, LLC and Peter J. Dacey (collectively, the "Secured Parties"), secured creditors herein, hereby move the above-entitled United States Bankruptcy Court for an order holding that the Debtor's exclusive period to file a plan expired on March 25, 2014, or alternatively, terminating the Debtor's exclusivity period under 11 U.S.C. § 1121(d)(1) for cause (the "Motion") on the grounds more fully set forth in the annexed Memorandum of Points And Authorities.

NOTICE is further given that the Motion will be heard before the Honorable Stephen L. Johnson, Bankruptcy Court Judge, in Courtroom 3099, 280 S. First Street 180, San Jose, CA 95113 on June 12, 2014 on the Court's 1:30 p.m. calendar.

This Motion is based upon this Notice of the Motion and Motion, 11 U.S.C. § 1121, Local Bankruptcy Rule 9014-1(b)(1), the concurrently filed Memorandum of Points and Authorities and the entire record in this case, the statements, arguments and representations of counsel to be made at the hearing on the Motion, if any, and any other evidence properly presented to the Court in support of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Local Bankruptcy Rule 9013-1(a)(7) requires that any opposition to the Motion be filed with the clerk of the Bankruptcy Court and served upon counsel for the Debtor at the address set forth in the upper left-hand corner of the first page hereof not later than fourteen (14) days prior to the hearing date.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013-1(a)(11), the failure to timely file and serve an opposition to the Motion may be deemed by the Court to constitute consent to the relief requested in the Motion.

**WHEREFORE**, the Secured Parties respectfully requests that the Court enter an order:

(1) determining that the Debtor's exclusive period to file a chapter 11 plan expired on March 25, 2014,; or alternatively,

(2) that cause exists to terminate the Debtor's plan exclusivity period under 1121(d) and

(3) granting such other and further relief as the Court deems just and proper.

Dated: May 15, 2014

LEVENE, NEALE, BENDER, YOO
& BRILL L.L.P.


By   /s/ Daniel H. Reiss
     DANIEL H. REISS
     Attorneys for Secured Creditors

Kranem Corporation; Bankruptcy Case No. 13-56118 SLJ

# CERTIFICATE OF SERVICE

I, John Berwick, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action. My business address is 10250 Constellation Boulevard, Suite 1700, Los Angeles, California 90067.

On May 15, 2014, I served the following document NOTICE OF MOTION AND MOTION TO TERMINATE DEBTOR'S PLAN EXCLUSIVITY PERIOD by transmission of the Notice of Electronic Filing by the Clerk on the following CM/ECF participants:

Kathryn S. Diemer on behalf of Debtor Kranem Corporation
kdiemer@diemerwhitman.com, ecfnotice@diemerwhitman.com

Sarah D. Moyed on behalf of Interested Party United States Securities and Exchange Commission
MoyedS@sec.gov

Office of the U.S. Trustee / SJ
USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com

Daniel H. Reiss on behalf of Requestor Cape One Financial Master Fund Ltd.
dhr@lnbyb.com, john@lnbyb.com

Daniel H. Reiss on behalf of Requestor M/S Family Foundation
dhr@lnbyb.com, john@lnbyb.com

Daniel H. Reiss on behalf of Requestor Peter J. Dacey
dhr@lnbyb.com, john@lnbyb.com

Daniel H. Reiss on behalf of Requestor Vineyard Group, LLC
dhr@lnbyb.com, john@lnbyb.com

Daniel H. Reiss on behalf of Requestor Vineyard Point Associates, LLC
dhr@lnbyb.com, john@lnbyb.com

Dominique Sopko on behalf of Debtor Kranem Corporation
dsopko@diemerwhitman.com, ecfnotice@diemerwhitman.com

The following party (is), who is (are) not a CM/ECF participant by placing true and correct copies in sealed envelopes with postage thereon fully prepaid, in the United States mail at Los Angeles, California, addressed as set forth below:

☒ Service information continued on attached page

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day

PRINTED ON RECYCLED PAPER

with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 15, 2014 | John Berwick | /s/ John Berwick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

```
Label Matrix for local noticing          Ajay Batheja                                Arasor Corporation
0971-5                                    560 S. Winchester Blvd., Suite 500          411 Clyde Avenue
Case 13-56118                             San Jose, CA 95128-2500                     Mountain View, CA 94043-2209
Northern District of California
San Jose
Thu May 15 13:50:49 PDT 2014

Asher Enterprises, Inc.                   Burak, Anderson & Melloni, PLC              CA Employment Development Dept.
1 Linden Place, Suite 207                 30 Main Street                              Bankruptcy Group MIC 92E
Great Neck, NY 11021-2640                 Gateway Square                              P.O. Box 826880
                                          Post Office Box 787                         Sacramento, CA 94280-0001
                                          Burlington, VT 05402-0787

CA Franchise Tax Board                    CT Corporation                              Cape One Financial Master Fund Ltd
Attn: Special Procedures                  PO Box 4349                                 410 Park Avenue, Suite 1500
P.O. Box 2952                             Carol Stream, IL 60197-4349                 New York, NY 10022-9441
Sacramento, CA 95812-2952


Cape One Financial Master Fund Ltd        Cape One Financial Master Fund Ltd.         Christopher L. Rasmussen, Esq.
and M/S Family Foundation                 c/o Daniel Reiss, Esq.                      1250 McKendrie Street
c/o Daniel H. Reiss, Esq.                 Levene, Neale, Bender, Yoo & Brill L.L.P    San Jose, CA 95126-1408
Levene, Neale, Bender, Yoo & Brill        10250 Constellation Blvd., Suite 1700
10250 Constellation Blvd, Suite 1700      Los Angeles, CA 90067-6253
Los Angeles, California 90067-6253

Classity Inc.                             DEJOYA GRIFFITH, LLC, a limited liability co   Danilo Cacciamatta
20697 Fargo Drive                         c/o: Sweet & Walker, P.C.                   1350 Temple Hills Drive
Cupertino, CA 95014-1903                  2380 Junipero Serra Boulevard, Suite B      Laguna Beach, CA 92651-2643
                                          Daly City, CA 94015-1647


De Joya Griffith & Company                Kathryn S. Diemer                           Edward Miller
2850 Anthem Village Drive                 Diemer, Whitman and Cardosi                 556 Cheyenne Drive
Henderson, NV 89052                       75 E. Santa Clara Street                    Sunnyvale, CA 94087-4420
                                          San Jose, CA 95113-1826


Empire Capital Partners                   Employment Development Department           Employment Development Department
One Gorham Island                         Bankruptcy Group MIC 92E                    State of California
Westport, CT 06880-3212                   P.O. Box 826880                             Bankruptcy Unit - MIC 92E
                                          Sacramento, CA. 94280-0001                  PO Box 826880
                                                                                      Sacramento, CA 94280-0001

First American Stock Transfer, Inc.       Franchise Tax Board                         Franchise Tax Board
4747 North 7th Street                     Attn: Special Procedures                    Bankruptcy Section MS A340
Suite 170                                 PO Box 2952 MS-A340                         PO Box 2952
Phoenix, AZ 85014-3677                    Sacramento, CA 95812-2952                   Sacramento, CA 95812-2952


IRS                                       Internal Revenue Service                    Investco
P.O. Box 7346                             Centralized Insolvency Operations           Geneva Place
Philadelphia, PA 19101-7346               P.O. Box 7346                               Water Front Drive
                                          Philadelphia, PA 19101-7346                 Tortola, British Virgin Islands


Kranem Corporation                        Lorna Walker                                Luigi Caramico
560 S. Winchester Blvd., Suite 500        Sweet & Walker, P.C.                        608 Waterbury Lane
San Jose, CA 95128-2500                   Post Office Box 27558                       San Mateo, CA 94404-3633
                                          San Francisco, CA 94127-0558
```

| | | |
|---|---|---|
| M/S Family Foundation<br>641 5th Street<br>Lakewood, NJ 08701-2702 | Edward Miller<br>560 S. Winchester Blvd., Suite 500<br>San Jose, CA 95128-2500 | Sarah D. Moyed<br>Securities and Exchange Commission<br>5670 Wilshire Blvd. 11th Fl.<br>Los Angeles, CA 90036-5627 |
| Newsfile Corp.<br>1430-1188 W. Georgia Street<br>Vancouver, BC V6E 4A2<br>Canada | Office of the U.S. Trustee / SJ<br>U.S. Federal Bldg.<br>280 S 1st St. #268<br>San Jose, CA 95113-3004 | Paul G. Sherer<br>360 Leland Avenue<br>Palo Alto, CA 94306-1127 |
| Peter J. Dacey<br>92 Cromwall Lane<br>Guilford, CT 06437-1668 | Pillsbury Winthrop Shaw Pittman, LLP<br>File #72391<br>PO Box 60000<br>San Francisco, CA 94160-2391 | Pratap 'Bob' Kondamoori<br>595 Lariat Circle, Unit 1<br>Incline Village, NV 89451-8343 |
| Daniel H. Reiss<br>Levene, Neale, Bender, Yoo and Brill LLP<br>10250 Constellation Blvd. #1700<br>Los Angeles, CA 90067-6253 | Rockefeller Group - Business Centers<br>560 S. Winchester Blvd., Suite 500<br>San Jose, CA 95128-2500 | SISL Networks, Inc.<br>560 S. Winchester Blvd., Suite 500<br>San Jose, CA 95128-2500 |
| Securities & Exchange Commission<br>Attn: Bankruptcy Counsel<br>5670 Wilshire Blvd., Floor 11<br>Los Angeles, CA 90036-5627 | Dominique Sopko<br>Diemer, Whitman & Cardosi, LLP<br>75 E Santa Clara St. #290<br>San Jose, CA 95113-1826 | Squar Milner LLP<br>4100 Newport Place<br>Suite 300<br>Newport Beach, CA 92660-1400 |
| (p)CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT REFERENCE GROUP MIC 29<br>P O BOX 942879<br>SACRAMENTO CA 94279-0029 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 | U.S. SECURITIES & EXCHANGE COMMISSION<br>Attn: Sarah D. Moyed<br>5670 Wilshire Boulevard, Suite 1100<br>Los Angeles, California 90036-5627 |
| United States Attorney<br>Civil Division<br>450 Golden Gate Avenue<br>San Francisco, CA 94102-3661 | United States Securities and Exchange Commis<br>Los Angeles Regional Office<br>5670 Wilshire Blvd., Suite 1100<br>Los Angeles, CA 90036-5627 | Vineyard Group LLC<br>127 Cedar Street<br>Branford, CT 06405-6012 |
| Vineyard Point Associates, LLC<br>320 Vineyard Point Road<br>Guilford, CT 06437-3255 | Xalted Holding Corporation<br>560 S. Winchester Blvd., Suite 500<br>San Jose, CA 95128-2500 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

State Board of Equalization
Attn: Special Procedures Section, MIC:55
P.O. Box 942879
Sacramento, CA 94279

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Cape One Financial Master Fund Ltd.    (u)M/S Family Foundation    (u)Peter J. Dacey

(u)Vineyard Group, LLC    (u)Vineyard Point Associates, LLC

End of Label Matrix
Mailable recipients    52
Bypassed recipients     5
Total                  57